# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE ROBERTS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PATRICIA VASQUEZ, Warden,<br><br>　　　　Respondent. | Case No. ED CV 16-2106-VBF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which petitioner has objected. *See* Fed. R. Civ. P. 72(b).

Accordingly, the Court accepts the findings and recommendation of the Magistrate Judge and overrules Petitioner's objections.

/ / /
/ / /
/ / /
/ / /
/ / /

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is granted, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: November 8, 2017

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE